## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DANNY BURRELL and | : | NO. 2011-19721 |
| | | CHAPTER 13 |
| IRIS BURRELL, | : | |
| Debtors | : | |

### DEBTORS' MOTION TO ADMINISTRATIVELY
### CLOSE INDIVIDUAL CHAPTER 11 CASE

Debtors, Danny Burrell and Iris Burrell, file this Motion to administratively close individual Chapter 11 case. In support, the Debtors state:

1. On May 8, 2013, the Court entered an Order confirming Chapter 11 Plan (Docket No. 141) ("Confirmation Order"), which confirmed Debtors' Amended Plan of Reorganization (Docket No. 103) ("Confirmed Plan").

2. The Confirmed Plan has been substantially consummated in accordance with 11 U.S.C. §1101(2) and the estate has been fully administered, except for the completion of all Plan payments.

3. All monthly reports and payments due the U. S. Trustee are current.

4. All litigation is concluded except to the extent that the Court has retained jurisdiction over certain pending matters and undersigned counsel states that to the best of counsel's knowledge, there are no outstanding issues that would preclude the administrative closure of this case.

5. By this Motion, the Debtors seek an Order administratively closing this case, provided that such Order shall not operate to close the case for purposes of 28

U.S.C. §1930 (Appendix 11), 11 U.S.C. §362(c)(2)(A), or Federal Bankruptcy Rule 4006.

6. The Debtors hereby serve notice that when all Plan payments have been completed, the Debtors may move to reopen this case for purposes of obtaining a discharge and entry of a final decree.

WHEREFORE, the Debtors respectfully request that this Court enter an Order administratively closing this individual Chapter 11 case without the entry of a discharge and for such other and further relief as the Court deems appropriate.

By:    */s/ David L. Marshall*
David L. Marshall, Esquire
Attorney for Debtor
Attorney I. D. No. 19356
Eastburn and Gray, P.C.
60 East Court Street,
Doylestown, PA 18901
(215)345-7000

Date: August 15, 2013

2