B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re Danny Burrell and Iris Burrell, *Debtor*

Case No. 2011-19721

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: September 2013

Date filed: 09/24/2013

Line of Business: none

NAISC Code: none

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_______________________________

Original Signature of Responsible Party

Iris Burrell

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☑ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☑ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 8,400.00

## SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 7,690.45

Cash on Hand at End of Month $ 875.00

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** $ 875.73

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 8,906.00

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 8,400.00

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 8,906.00

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** $ -506.00

B 25C (Official Form 25C) (12/08)

**UNPAID BILLS**

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

**MONEY OWED TO YOU**

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.00

*(Exhibit E)*

**BANKING INFORMATION**

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

**EMPLOYEES**

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 0

**PROFESSIONAL FEES**

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ ______

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

B 25C (Official Form 25C) (12/08)

**PROJECTIONS**

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 120,000.00 | $ 142,882.00 | $ 22,882.00 |
| EXPENSES | $ 117,333.00 | $ 117,511.00 | $ 178.00 |
| CASH PROFIT | $ 2,667.00 | $ 25,371.00 | $ 22,704.00 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 17,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 17,500.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ -500.00 |

**ADDITIONAL INFORMATION**

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

Danny Burrell

| | Sep-13 | 9/12/2013 | |
|---|---|---|---|
| | | | $ 8,942.31 |
| Gross Earnings | | | |
| | | | |
| TAXES | | $ 88.04 | |
| Plumstead Township TX Withholdings | | $ 2,005.66 | |
| Fed TX Withholdings tax | | $ - | |
| Horsham Township Tax | | $ 270.29 | |
| Pennsylvania TX Withholdings | | $ - | |
| Fed TX EE Social Security | | $ 127.84 | |
| Federal TX EE Medicare | | $ 6.26 | |
| Pennsylvania TX EE Unemployment | | $ 2.00 | |
| Horsham Township TX Local Serv | | | |
| | | | |
| PreTax Medical Benefits | | $ 117.92 | |
| Medical PreTax | | $ 12.31 | |
| Dental PreTax | | $ 8.00 | |
| Vision PreTax | | | |
| | | | |
| Life Insurance | | $ 0.08 | |
| Accidental Child Coverage | | $ 1.08 | |
| Accidental Spouse Coverage | | $ 3.23 | |
| Accident Ins 24 hour | | $ 41.42 | |
| Long Term Dis Insurance | | $ 44.54 | |
| Universal Life Insurance | | $ 0.34 | |
| Term Life Ins - Child | | $ 4.35 | |
| Term Life Ins - Spouse | | $ 54.19 | |
| Term Life Ins - Emp | | $ 9.08 | |
| Legal Plan Post Tax | | | |
| 401k & Pension | | $ 804.81 | |
| SavPres Pension | | $ 141.27 | |
| ESPP 401k | | | |
| | | | |
| Sum of Deductions | | | $ 3,742.71 |
| Net Pay | | | $ 5,199.60 |

Iris Burrell

| | Sep-13 | 9/13/2013 | | |
|---|---|---|---|---|
| Gross Earnings | | | $ 6,458.58 | |
| | | | | |
| TAXES | | | | |
| Fed Withholding | | $ 1,389.30 | | |
| Fed EE Medicare | | $ 94.30 | | |
| FED EE OASD | | $ 403.23 | | |
| PA Tax EE Unemployment | | $ - | | |
| PA Withholding | | $ 198.20 | | |
| PA Withholding | | $ - | | |
| PA LS Tax | | $ - | | |
| NJ Unempl EE | | $ - | | |
| NJ HCSF | | $ - | | |
| NJ WDPF | | $ - | | |
| NJ SWAF | | $ - | | |
| ESPP | | $ 645.86 | | |
| PreTax Medical Benefits | | | | |
| Medical PreTax | | $ - | | |
| Dental PreTax | | $ - | | |
| Vision PreTax | | $ - | | |
| | | | | |
| Life Insurance | | | | |
| Supplemental Life | | $ 2.71 | | |
| Supplemental Spouse | | $ 2.51 | | |
| Supplemental Dependent | | $ - | | |
| | | | | |
| 401k & Pension | | | | |
| 401k & Pension | | $ 452.10 | | |
| | | | | |
| Sum of Deductions | | | $ 3,188.21 | |
| Net Pay | | | $ 3,270.37 | $ 8,400.61 |



Your checking account

DANNY BURRELL | Account # [redacted] 4953 | August 20, 2013 to September 17, 2013

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 09/03/13 | University Edge- DES:WEB PMTS ID:30N1D1 | -790.00 |
| 09/03/13 | USAA CHK-INTRNT DES:TRANSFER ID:0050287818 | -300.00 |
| 09/03/13 | CHECKCARD 0901 TARGET 00011965 WARRINGTON PA 24164073244091007985884 | -284.33 |
| 09/03/13 | CHECKCARD 0901 BJ WHOLESALE #0167 WARRINGTON PA 24445003245600129098124 | -225.63 |
| 09/03/13 | CHECKCARD 0902 SXM*SIRIUSXM.COM/ACCT 888-635-5144 NY 24692163245000308147309 RECURRING | -193.53 |
| 09/03/13 | AMERICAN EXPRESS DES:ACH Pmt ID:W4876 | -186.37 |
| 09/03/13 | USAA CHK-INTRNT DES:TRANSFER ID:0029049474 | -175.00 |
| 09/03/13 | CHECKCARD 0831 POLO #177 FLEMINGTON NJ 24610433244004043224461 | -155.80 |
| 09/03/13 | CHECKCARD 0901 MARSHALLS #0561 DOYLESTOWN PA 24445003245100183431691 | -151.88 |
| 09/03/13 | COMCAST BUCKS PA DES:EASTERN PA ID:38069402 | -110.98 |
| 09/03/13 | USAA CHK-INTRNT DES:TRANSFER ID:0050287818 | -100.00 |
| 09/03/13 | CHECKCARD 0831 LIBERTY-MAIN STREET DOYLESTOWN PA 24801973244006000455230 | -83.46 |
| 09/03/13 | CNA INSURANCE DES:GLTC PREM ID:99540-0806128 | -79.23 |
| 09/03/13 | CHECKCARD 0831 STRIDE RITE #6041 FLEMINGTON NJ 24610433244004047327153 | -59.98 |
| 09/03/13 | CHECKCARD 0831 FACTORY BRAND SHOES FLEMINGTON NJ 24153383244785011161137 | -50.00 |
| 09/03/13 | CHECKCARD 0831 TACO BELL #028957 FLEMINGTON NJ 24231683244071083199191 | -21.61 |
| 09/03/13 | CHECKCARD 0901 SONIC DRIVE IN #6249 WILLOW GROVE PA 24427333244720011068326 | -13.11 |
| 09/03/13 | CHECKCARD 0831 APL*APPLE ITUNES STORE 866-712-7753 CA 24692163243000609359308 | -2.10 |
| 09/04/13 | KiddieAcdHorsham DES:2156742300 ID:16210874 | -270.00 |
| 09/04/13 | USAA CHK-INTRNT DES:TRANSFER ID:0029049474 | -200.00 |
| 09/04/13 | CENTRAL BUCKS Y DES:2153488131 ID:XXXXXXXXX | -115.00 |
| 09/04/13 | CHECKCARD 0902 Central Bucks School Di MYSCHOOLBUCKSPA 24013393246000181689702 | -101.95 |
| 09/04/13 | CHECKCARD 0903 BLIMPIE SUBS & SALADS TRENTON NJ 24246513246206000000128 | -9.15 |
| 09/05/13 | USAA FSB DES:LOAN PMT ID:00001017774702 | -786.55 |
| 09/05/13 | USAA P&C DES:AutoPay ID:XXXXXXXXX | -466.83 |
| 09/05/13 | USPS 415948003 09/05 #000000911 PURCHASE 325 W BRIDGE ST NEW HOPE PA | -359.50 |
| 09/05/13 | SALLIEMAE-FDR DES:AUTOPAY ID:BR CHRISTOPHER | -160.49 |
| 09/05/13 | USAA CHK-INTRNT DES:TRANSFER ID:0029049474 | -40.00 |
| 09/05/13 | SALLIEMAE-FDR DES:AUTOPAY ID:BR BURRELL,CHRI | -25.00 |
| 09/05/13 | CHECKCARD 0903 DAIRY QUEEN #18912 DOYLESTOWN PA 24231683247200000000227 | -11.09 |
| 09/05/13 | CHECKCARD 0904 BLIMPIE SUBS & SALADS TRENTON NJ 24246513247206000000135 | -9.51 |

*continued on the next page*

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 09/05/13 | PAYPAL DES:INST XFER ID:4VX227ELZAABN | -7.99 |
| 09/05/13 | CHECKCARD 0905 APL*APPLE ITUNES STORE 866-712-7753 CA 24692163248000432456656 | -2.11 |
| 09/06/13 | CHECKCARD 0905 LUKOIL 69240 NEW HOPE PA 24761973248838000514051 | -30.19 |
| 09/06/13 | CHECKCARD 0905 GIANT 6106 NEW HOPE PA 24692163248000605843037 | -2.99 |
| 09/09/13 | CHECKCARD 0907 BJ WHOLESALE #0167 WARRINGTON PA 24445003251600125486100 | -223.05 |
| 09/09/13 | USAA CHK-INTRNT DES:TRANSFER ID:0029049474 | -175.00 |
| 09/09/13 | ACME DES:8662184229 CHECK #:5716 INDN:20130908010562709 CO ID:24205980W2 BOC | -126.18 |
| 09/09/13 | USAA CHK-INTRNT DES:TRANSFER ID:0050287818 | -100.00 |
| 09/09/13 | CHECKCARD 0907 BJS FUEL #9167 WARRINGTON PA 24445003251000174860513 | -77.01 |
| 09/09/13 | BKOFAMERICA ATM 09/07 #000003150 WITHDRWL DOYLESTOWN DOYLESTOWN PA | -60.00 |
| 09/09/13 | USAA CHK-INTRNT DES:TRANSFER ID:0029049474 | -50.00 |
| 09/09/13 | CHECKCARD 0908 BJS FUEL #9167 WARRINGTON PA 24445003252000166216095 | -38.04 |
| 09/09/13 | CHECKCARD 0907 PA TURNPIKE COMM 800-331-3414 PA 24492153251027693972037 | -29.65 |
| 09/09/13 | CHECKCARD 0906 CHKMATE*INSTANTCHECKMAT 866-4905980 NV 24906413249003089284223 RECURRING | -22.86 |
| 09/09/13 | CHECKCARD 0906 DAIRY QUEEN #18912 DOYLESTOWN PA 24231683250200000000254 | -9.84 |
| 09/10/13 | KiddieAcdHorsham DES:2156742300 ID:16235711 | -270.00 |
| 09/10/13 | USAA CHK-INTRNT DES:TRANSFER ID:0141606487 | -50.00 |
| 09/11/13 | PECOENERGY DES:UTIL_BIL ID:5215675018 0911 | -309.00 |
| 09/13/13 | CAPITAL ONE DES:ONLINE PMT ID:325639919224309 | -300.00 |
| 09/13/13 | AMERICAN EXPRESS Bill Payment | -150.00 |
| 09/16/13 | CT 7-11 09/15 #000009600 WITHDRWL 1175 YORK RD WARMINSTER TO PA | -362.00 |
| 09/16/13 | USAA CHK-INTRNT DES:TRANSFER ID:0029049474 | -175.00 |
| 09/16/13 | ACME DES:8662184229 CHECK #:5715 INDN:20130913010257876 CO ID:24205980W2 BOC | -145.05 |
| 09/16/13 | USAA CHK-INTRNT DES:TRANSFER ID:0050287818 | -100.00 |
| 09/16/13 | CHECKCARD 0915 GIANT #6257 WARMINSTER PA 24692163258000429935768 | -77.88 |
| 09/16/13 | CNA INSURANCE DES:GLTC PREM ID:99540-0806135 | -57.12 |
| 09/16/13 | CHECKCARD 0912 Central Bucks School Di MYSCHOOLBUCKSPA 24013393256000851845193 | -51.95 |
| 09/16/13 | CHECKCARD 0912 Central Bucks School Di MYSCHOOLBUCKSPA 24013393256000851845169 | -51.95 |
| 09/16/13 | CHECKCARD 0915 MCDONALD'S F23554 JAMISON PA 24427333258720047983046 | -16.62 |
| 09/16/13 | CHECKCARD 0914 EXPERIAN *CREDITREPO 866-2528810 CA 24351783257003218725794 RECURRING | -12.95 |
| 09/17/13 | Online Banking transfer to CHK 9668 Conf# 1542001309; | -4,800.00 |

*continued on the next page*




Your checking account

DANNY BURRELL | Account # [redacted] 4953 | August 20, 2013 to September 17, 2013

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 09/17/13 | BMW BANK DES:BMWFS PYMT ID:XXXXXXXXX | -732.21 |
| 09/17/13 | AMER.GEN.LIFE-05 DES: INS PREM ID: 2326253 | -483.08 |
| 09/17/13 | DIRECTV DES:Payment ID:XXXXXXXXX | -301.24 |
| 09/17/13 | KiddieAcdHorsham DES:2156742300 ID:16260108 | -270.00 |
| 09/17/13 | CHECKCARD 0915 THE HOME DEPOT 4143 WARRINGTON PA 24610433259010180501076 | -74.25 |
| 09/17/13 | CHECKCARD 0915 THE HOME DEPOT 4143 WARRINGTON PA 24610433259010180506232 | -74.18 |
| 09/17/13 | CHECKCARD 0915 TJMAXX #0408 WARMINSTER PA 24445003259100190480312 | -64.97 |
| 09/17/13 | CHECKCARD 0915 MASSAGE ENVY 0778 267-7081090 PA 24632693259259353108101 RECURRING | -59.00 |
| **Total withdrawals and other subtractions** | | **-$21,959.63** |

## Checks

| Date | Check # | Amount |
|---|---|---|
| 09/13/13 | 5736 | -74.20 |
| 08/27/13 | 5737 | -27.00 |
| 09/06/13 | 5738 | -153.70 |
| **Total checks** | | **-$254.90** |
| **Total # of checks** | | **3** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 08/27/13 | C U OF NJ 08/27 #000001589 WITHDRWL | -2.00 |
| 09/05/13 | CHECK ORDER00494 DES:FEE ID:U042915009 | -26.00 |
| 09/05/13 | CHECK ORDER00494 DES:FEE ID:U042895782 | -21.00 |
| 09/16/13 | CT 7-11 09/15 #000009600 WITHDRWL | -2.00 |
| **Total service fees** | | **-$51.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

| | | |
|---|---|---|
| 9/3/2013 | University Edge | $790.00 |
| 9/3/2013 | USAA | $300.00 |
| 9/3/2013 | Target | $284.33 |
| 9/3/2013 | BJ Wholesale | $225.63 |
| 9/3/2013 | SIRIUSXM.COM | $193.53 |
| 9/3/2013 | Amer. Express | $186.37 |
| 9/3/2013 | USAA | $175.00 |
| 9/3/2013 | Polo | $155.80 |
| 9/3/2013 | Marshalls | $151.88 |
| 9/3/2013 | Comcast | $110.98 |
| 9/3/2013 | USAA | $100.00 |
| 9/3/2013 | Liberty | $83.46 |
| 9/3/2013 | C.N.A. Ins. | $79.23 |
| 9/3/2013 | Stride Rite | $59.98 |
| 9/3/2013 | Factory Br. Shoe | $50.00 |
| 9/3/2013 | Taco Bell | $21.61 |
| 9/3/2013 | Sonic | $13.11 |
| 9/3/2013 | Apple Itunes | $2.10 |
| 9/4/2013 | KiddieAcd | $270.00 |
| 9/4/2013 | USAA | $200.00 |
| 9/4/2013 | Central Bucks Y | $115.00 |
| 9/4/2013 | Cent. Bucks Sch. | $101.95 |
| 9/4/2013 | Blimpie Subs | $9.15 |
| 9/5/2013 | USAA FSB | $786.55 |
| 9/5/2013 | USAA P&C | $466.83 |
| 9/5/2013 | SallieMae | $160.49 |
| 9/5/2013 | USAA | $40.00 |
| 9/5/2013 | SallieMae | $25.00 |
| 9/5/2013 | DairyQueen | $11.09 |
| 9/5/2013 | Blimpie Subs | $9.51 |
| 9/5/2013 | Paypal | $7.99 |
| 9/5/2013 | Apple Itunes | $2.11 |
| 9/6/2013 | Lukoil | $30.19 |
| 9/6/2013 | Giant | $2.99 |
| 9/9/2013 | BJ Wholesale | $223.05 |
| 9/9/2013 | USAA | $175.00 |
| 9/9/2013 | Acme | $126.18 |
| 9/9/2013 | USAA | $100.00 |
| 9/9/2013 | BJS Fuel | $77.01 |
| 9/9/2013 | BKOFAmerica | $60.00 |
| 9/9/2013 | USAA | $50.00 |
| 9/9/2013 | BJS Fuel | $38.04 |
| 9/9/2013 | PA Turnpike | $29.65 |
| 9/9/2013 | Chkmate | $22.86 |
| 9/9/2013 | DairyQueen | $9.84 |
| 9/10/2013 | KiddieAcd | $270.00 |
| 9/10/2013 | USAA | $50.00 |

| | | |
|---|---|---|
| 9/11/2013 | PECO Energy | $309.00 |
| 9/13/2013 | Capital One | $300.00 |
| 9/6/2013 | Giant | $2.99 |
| 9/9/2013 | BJ Wholesale | $223.05 |
| 9/9/2013 | USAA | $175.00 |
| 9/9/2013 | Acme | $126.18 |
| 9/9/2013 | USAA | $100.00 |
| 9/9/2013 | BJS Fuel | $77.01 |
| 9/9/2013 | BKOFAmerica | $60.00 |
| 9/9/2013 | USAA | $50.00 |
| 9/9/2013 | BJS Fuel | $38.04 |
| 9/9/2013 | PA Turnpike | $29.65 |
| 9/9/2013 | Chkmate | $22.86 |
| 9/9/2013 | DairyQueen | $9.84 |
| 9/10/2013 | KiddieAcd | $270.00 |
| 9/10/2013 | USAA | $50.00 |
| 9/11/2013 | PECO Energy | $309.00 |
| 9/13/2013 | Capital One | $300.00 |
| | total | $8,906.11 |